## David T. Alexander, Appellee, v. Munson T. Case, Appellant.

### Gen. No. 21,886.    (Not to be reported in full.)

Appeal from the County Court of Cook county; the Hon. J. J. COOKE, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Reversed and judgment for appellant for costs. Opinion filed May 31, 1917. Rehearing denied July 9, 1917.

### Statement of the Case.

Assumpsit by David T. Alexander, plaintiff, against Munson T. Case, defendant, for breach of contract in regard to fees for legal services. From a judgment for plaintiff for $250, defendant appeals.

MUNSON T. CASE, *pro se.*

FULTON & GAREY, for appellee; EARL J. GAREY, of counsel.

MR. JUSTICE TAYLOR delivered the opinion of the court.

### Abstract of the Decision.

ATTORNEY AND CLIENT—*when attorney may not recover share of fees from another attorney acting for him.* An attorney who represents one sued by another attorney for fees, in which, prior to that time, both of such attorneys had claimed an interest, must be considered as having abandoned all right to recover against the latter for any part of such fees.